bert W. Nauts for petitioners.   Solicitor General Mitchell,
Assistant Attorney General Willebrandt and Mr. Sewall
Key for respondents.

No. 461. CHIMNEY ROCK COMPANY v. UNITED STATES.
November 21, 1927.   Petition for a writ of certiorari to
the Court of Claims denied.   Mr. L. L. Hamby for peti-
tioner.   Solicitor General Mitchell and Assistant Attorney
General Galloway for the United States.

No. 462. THE NEW BRITAIN MACHINE COMPANY v.
EMMA CONE.   November 21, 1927.   Petition for a writ of
certiorari to the Circuit Court of Appeals for the Sixth
Circuit denied.   Mr. Murray Seasongood for petitioner.
Mr. Frank F. Dinsmore for respondent.

No. 466. THE CITY OF NEW YORK v. THE NEW YORK
CENTRAL RAILROAD COMPANY.   November 21, 1927.   Pe-
tition for a writ of certiorari to the Circuit Court of Ap-
peals for the Second Circuit denied.   Mr. George P.
Nicholson for petitioner.   Mr. T. Catebsy Jones for
respondent.

No. 469. RIVERSIDE OIL & REFINING COMPANY v.
CIMARRON RIVER OIL COMPANY ET AL.   November 21,
1927.   Petition for a writ of certiorari to the Circuit Court
of Appeals for the Eighth Circuit denied.   Messrs. C. M.
Oakes and Thomas D. Lyons for petitioner.   Messrs.
John J. Shea, H. M. Gray, Anthony P. Nugent, Wesley
E. Disney and C. F. Newman for respondents.

No. 470. MISSOURI PACIFIC RAILROAD COMPANY v.
MARTIN WOODWARD.   November 21, 1927.   Petition for a